FCA US LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 24-cv-00281

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | glpj.en.alibaba.com | Guangzhou Geling Leather Co., Ltd. |
| 2 | chinahaineng.en.alibaba.com | Guangzhou Sankemu Trading Co., Ltd. |
| 3 | syholly.en.alibaba.com | Shiyan Holly Auto Parts Co., Ltd. |
| 4 | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED |
| 6 | amazon.com/sp?seller=A3RHJZJD79TH66 | chengduyakeweidianzishangwuyouxiangongsi |
| 7 | amazon.com/sp?seller=AWWCAFAYC1VNF | chenmanyi |
| 8 | amazon.com/sp?seller=A14WGVAPY4F8Q4 | dengtongqian |
| 9 | amazon.com/sp?seller=A1OOFMLDQSBPKI | fuanshihuicongbaihuojingyingbu |
| 10 | amazon.com/sp?seller=A1RT61SAJP3UOC | hbbsky |
| 11 | amazon.com/sp?seller=A3LJOLEGW3RJ8X | Hua Yue Boutique |
| 12 | DISMISSED | DISMISSED |
| 13 | DISMISSED | DISMISSED |
| 14 | amazon.com/sp?seller=A3HKM7WDDZTJBJ | KANGGAROOMAMA |
| 15 | amazon.com/sp?seller=AHI93L8EQM39U | MengRongXue1992 |
| 16 | DISMISSED | DISMISSED |
| 17 | amazon.com/sp?seller=AISY1H9RK9QAC | Wooha Store |
| 18 | amazon.com/sp?seller=ALZSEHGXN3MES | xiaoyungongyipin |
| 19 | amazon.com/sp?seller=A2SE1X0M4HME9D | xiedanss |
| 20 | amazon.com/sp?seller=A2CJQFGAFSRBVY | XinGuRunDianZi |
| 21 | amazon.com/sp?seller=A192YTPUNSZBW9 | Yang Zi |
| 22 | amazon.com/sp?seller=A109ZO5LPTNTII | yanjinmaoyi |
| 23 | dhgate.com/store/21022677 | lanlanmaouyi |
| 24 | dhgate.com/store/21207391 | tiantian07 |
| 25 | DISMISSED | DISMISSED |
| 26 | DISMISSED | DISMISSED |
| 27 | ebay.com/usr/anshansteelfe-0 | anshansteelfe-0 |
| 28 | DISMISSED | DISMISSED |
| 29 | DISMISSED | DISMISSED |
| 30 | ebay.com/usr/autopart-supermarkets | autopart-supermarkets |
| 31 | ebay.com/usr/banbo-parts | banbo-parts |
| 32 | DISMISSED | DISMISSED |
| 33 | DISMISSED | DISMISSED |
| 34 | DISMISSED | DISMISSED |
| 35 | ebay.com/usr/bestshop-us66 | bestshop-us66 |

| | | |
|---|---|---|
| 36 | DISMISSED | DISMISSED |
| 37 | DISMISSED | DISMISSED |
| 38 | ebay.com/usr/cbcbl75 | cbcbl75 |
| 39 | ebay.com/usr/cliffordschoolm0 | cliffordschoolm0 |
| 40 | ebay.com/usr/coas-performanceparts | coas-performanceparts |
| 41 | DISMISSED | DISMISSED |
| 42 | ebay.com/usr/digitaldelightstore | digitaldelightstore |
| 43 | ebay.com/usr/faraway-parts | faraway-parts |
| 44 | ebay.com/usr/fjoutdoorselect | fjoutdoorselect |
| 45 | ebay.com/usr/frestmaile | frestmaile |
| 46 | DISMISSED | DISMISSED |
| 47 | ebay.com/usr/hefei_71 | hefei_71 |
| 48 | ebay.com/usr/hongkongferpo_0 | hongkongferpo_0 |
| 49 | DISMISSED | DISMISSED |
| 50 | DISMISSED | DISMISSED |
| 51 | ebay.com/usr/king-star-auto | king-star-auto |
| 52 | DISMISSED | DISMISSED |
| 53 | ebay.com/usr/link-us | link-us |
| 54 | ebay.com/usr/liriq_87 | liriq_87 |
| 55 | ebay.com/usr/moshengyun | moshengyun |
| 56 | DISMISSED | DISMISSED |
| 57 | ebay.com/usr/newcar1 | newcar1 |
| 58 | ebay.com/usr/p88chenhaiqin | p88chenhaiqin |
| 59 | DISMISSED | DISMISSED |
| 60 | ebay.com/usr/ran0929 | ran0929 |
| 61 | ebay.com/usr/ruicong-16 | ruicong-16 |
| 62 | ebay.com/usr/sunda-4572 | sunda-4572 |
| 63 | ebay.com/usr/sunnybrother | sunnybrother |
| 64 | ebay.com/usr/tyler1990 | tyler1990 |
| 65 | DISMISSED | DISMISSED |
| 66 | ebay.com/usr/xm2044 | xm2044 |
| 67 | DISMISSED | DISMISSED |
| 68 | ebay.com/usr/yihao-outa9 | yihao-outa9 |
| 69 | ebay.com/usr/yionewu2131 | yionewu2131 |
| 70 | ebay.com/usr/yohooauto | yohooauto |
| 71 | ebay.com/usr/zhuimao | zhuimao |
| 72 | wish.com/merchant/5fdaed1a6ae0e65133d06984 | asdfsdfghsd4856f |
| 73 | wish.com/merchant/64dc4495107779b6a5cce384 | chengcheng0 |
| 74 | wish.com/merchant/60dd644cdda1db11d2cb1527 | Cheungzgywing |
| 75 | wish.com/merchant/5f28db1229e786341357e609 | cuhshophey |

| | | |
|---|---|---|
| 76 | wish.com/merchant/64dcc22cfe810ad980e7e917 | DASHDH |
| 77 | wish.com/merchant/609df82002e2c534d50d911e | dingsiyuan2463 |
| 78 | wish.com/merchant/64d1b3775fa2934f2b5c81c5 | getzshop |
| 79 | wish.com/merchant/5fd6faa7c441308cafd2c70e | Huangyiwen6956 |
| 80 | wish.com/merchant/5f9a86735904836f3cf857ca | Huanshengyi |
| 81 | wish.com/merchant/545b5a618edcfa7dc6978518 | isis online store |
| 82 | wish.com/merchant/5e58b459d62ae54188e51c50 | Jeaduo Brank salake pentacen |
| 83 | wish.com/merchant/5415a2437541ce3cdb24f0d8 | jiawanhao fashion |
| 84 | wish.com/merchant/5e6dcc1157af09356760d399 | KanjigoubikL |
| 85 | wish.com/merchant/6005756c49bb284d04f4ef09 | Ksozxw |
| 86 | wish.com/merchant/5dcbfe78e2090e0e408754bc | kuifulenqi |
| 87 | wish.com/merchant/5eaffec00b85d73ba7238aa2 | Lgvgcgcggfgchxvcvc |
| 88 | wish.com/merchant/5e3fbabf64c3153b50224910 | MAMAD |
| 89 | wish.com/merchant/5d5248dd8388977c1452cf8b | Mario sheet set |
| 90 | wish.com/merchant/5e8804aaeb54542cb2c04249 | Michelle Peterman |
| 91 | wish.com/merchant/5e883a7699a1f9c1a1d44faa | Mozell Johnson |
| 92 | wish.com/merchant/54053f171d2d435c573006b2 | NeiMengGu BaoTou Huiming shopping |
| 93 | wish.com/merchant/5e50b3d668f8f90ec044db85 | nfirooemr |
| 94 | wish.com/merchant/5e887ae8c77ae36c87b1f0b8 | Paul Ortega |
| 95 | wish.com/merchant/5f45efef06543facfd395264 | pwwmqjmcd |
| 96 | wish.com/merchant/5f2e4ff3367a0ea836e3661e | qianfen |
| 97 | wish.com/merchant/5720d9fc3a698c185edbde8c | qirongmaoyi |
| 98 | wish.com/merchant/5b0cef257752c8154c3cca61 | qwerfvbn |

| | | |
|---|---|---|
| 99 | wish.com/merchant/5db6e3887cd87e7fc9dde85c | ritashooting |
| 100 | wish.com/merchant/541c218782b9ac28c65049b4 | sunminjie fashion |
| 101 | wish.com/merchant/616a7a307091a920cc3650f0 | tumeilei23981 |
| 102 | wish.com/merchant/5dd780f1a6808801eda0dc7c | vonluxelpo |
| 103 | wish.com/merchant/5f4e1324fe31f1df0778789c | Wangseyuan |
| 104 | wish.com/merchant/5ee48e4de10f4824b62481d0 | Wanjiayang |
| 105 | wish.com/merchant/5fd86fc12273f621d0f02e2e | xionghua0240 |
| 106 | wish.com/merchant/5fa7781a3d54c72496933c0c | xuhongcai5kl |
| 107 | wish.com/merchant/540d62337a9eb43980922c13 | yanfang fashion |
| 108 | wish.com/merchant/540bb4327f086e6cbac647b7 | yushui fashion |
| 109 | wish.com/merchant/5d520b278f85fa4dbcb02485 | ZHAO XIAO LI Agricultural Shop |